**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

IN RE:                                                                                          Chapter 11

BULLSTRAP, LLC,                                                             Case No.: 22-16627-EPK

           Debtor.
_____/

**AFFIDAVIT OF SERVICE OF RULE 2004 EXAMINATION**

1.   On November 16, 2022, I caused a copy of the Subpoena for Rule 2004 for Examination (ECF No. 54) to be sent to the deponent Bank of America by certified mail return receipt requested.

2.   On November 21, 2022, the deponent received service of the Subpoena, as evidenced by the attached return receipt.( Exhibit 1).

I declare and affirm under penalty of perjury that the contents of this affidavit are true and correct.

        THE LAW OFFICES OF RONALD S. CANTER, LLC

        By: /s/ Ronald S. Canter
        Ronald S. Canter, Esquire, Bar # 335045
        200A Monroe Street, Suite 104
        Rockville, MD 20850
        301-424-7490 (office)
        301-424-7470 (fax)
        301-943-6111 (cell)
        rcanter@roncanterllc.com
        *Attorney for Channel Partners Capital, LLC*

        *Local address:*
        400 S. Dixie Hwy #322
        Boca Raton, Florida 33432

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Notice of Rule 2004 Subpoena and Rule 2004 Subpoena, has been served via email through the Court's NextGen CM/ECF portal and via US Mail on all parties as listed on the below Service List this 28th day of November, 2022.

Bullstrap, LLC
1712 Costa Del Sol
Boca Raton, FL 33432

Stephen Gould Corporation
35 South Jefferson Road
Whippany, NJ 07981

Madison Geist
4772 Monarch Way
Coconut Creek, FL 33073

Alexis Ponder
3500 Oaks Clubhouse Drive
Apartment 207
Pompano Beach, FL 33069

Yotpo
400 Lafayette Street
New York, NY 10003-0000

Skubana, Inc.
222 N. Pacific Coast Highway
Suite 1500
El Segundo, CA 90245-0000

Scout/TopShelf
100 N. Pacific Highway
Suite 1100
El Segundo, CA 90245

Hinge Consulting, LLC
c/o Jim Breitenbach
10290 Alliance Road
Cincinnati, OH 45242

Feedonomics
21011 Warner Center Corporate Park
Suite A
Woodland Hills, CA 91367-0000

                                                /s/ Ronald S. Canter
                                                Ronald S. Canter, Esquire
                                                *Attorney for Channel Partners Capital, LLC*